JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel:  858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN BOYER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>GREAT HEALTHWORKS, INC., a Nevada corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. 17-cv-0734-JAH-WVG<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge:  Hon. John A. Houston<br>Crtrm.: 13B (13th Floor - Carter/Keep)<br><br>Action Filed:   March 9, 2017<br>Trial Date:     None Set |

NOTICE OF DISMISSAL                                                    17-cv-0734-JAH-WVG

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Pursuant to Rule 41(a)(1)(A)(i), plaintiff Jean Boyer hereby gives notice that this action is dismissed without prejudice.

Dated: March 29, 2018          DOSTART HANNINK & COVENEY LLP


s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiff
zdostart@sdlaw.com

842956.1

NOTICE OF DISMISSAL                                    17-cv-0734-JAH-WVG